CHARLES W ANDERSON COMPANY v ARGONAUT INSURANCE COMPANY. (Docket No. 57359.) Motion by plaintiff-appellant for reconsideration of this Court's order of December 19, 1975 (395 Mich 815) is considered and the same is denied because it does not appear that said order was entered erroneously. *Hartman, Beier, Howlett, McConnell & Googasian* for plaintiff-appellant. *Taylor & Patterson* for defendant-appellee. Reported below: 62 Mich App 650.

T. G. KAVANAGH, C. J., and LEVIN, J., would grant reconsideration and on reconsideration grant leave to appeal.

PEOPLE v FISK. (Docket No. 57959.) Request for appointment of counsel granted. Defendant shall file with Wexford Circuit Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before Wexford Circuit Court at which the prosecution, defendant, and the State Appellate Defender shall appear personally to aid the Court's inquiry. Wexford Circuit Court, upon a finding of indigency, shall appoint the State Appellate Defender and shall furnish any portion of the record counsel may require. Richard G. Fisk, *in propria persona,* defendant-appellant. Reported below: 62 Mich App 638.

PEOPLE v ATKINS. (Docket No. 57681.) Request for appointment of counsel granted. Defendant shall file with Kalamazoo Circuit Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before Kalamazoo Circuit Court at which the prosecution, defendant, and counsel for defendant shall appear personally to aid the Court's inquiry. Kalamazoo Circuit Court, upon a finding of indigency, shall appoint counsel for defendant and shall furnish any portion of the record counsel may require. John H. Atkins, Jr., *in propria persona,* defendant-appellant. Reported below: 58 Mich App 503.